ELIZABETH A. C. MECUM, Respondent, *v.* C. ADELBERT
    BECKER, Appellant, Impleaded with Others.

*Mecum* v. *Becker*, 164 App. Div. 852, affirmed.
(Argued May 25, 1915; decided June 8, 1915.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered November 20, 1914, which affirmed an order
of Special Term denying a motion to vacate and set aside
the judgment heretofore entered in an action for deceit.
Plaintiff having released two of the judgment debtors in
consideration of a sum of money paid by them this motion
was made by appellant on the ground that by operation
of law he, likewise, was released from the judgment.

The following question was certified: " Did plaintiff's
release herein under seal, dated July 27, 1914, for the
stated consideration of $2,500 of the defendants Juan
Mooyer and Russell Marston from the judgment herein,
dated February 18, 1914, against them said Mooyer and
Marston, and C. Adelbert Becker and Thomas Collins for
the sum of $15,156.40, then being appealed from by the said
Mooyer and Marston and by the said defendant Becker,
separately, said release containing a reservation of plain-
tiff's rights and claims against the said defendants C. Adel-
bert Becker and Thomas Collins, and the satisfaction of
said judgment as against said defendants operate to dis-
charge the said judgment against the said defendant C.
Adelbert Becker and entitle him to have the said judg-
ment vacated or satisfied of record ? "

*Louis Marshall* for appellant.

*Louis O. Van Doren* and *Herrick McClenthen* for
respondent.

Order affirmed, with costs, and question certified
answered in the negative; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN,
CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.